UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.: 1:22-cv-01263-SKC

JAMI MERCER,

    Plaintiff,

    v.

SACRAMENTO SANSOME CO; LINCOLN PROPERTY COMPANY COMMERCIAL, INC.; and JOHN DOES I-V.,

    Defendants.

_____

**CORPORATE DISCLOSURE STATEMENT**
_____

Defendant Lincoln Property Company Commercial, Inc., by and through its attorneys at Hall & Evans, LLC, pursuant to Fed. R. Civ. P. 7.1, states as follows: Defendant Lincoln Property Company Commercial, Inc. does not have a parent corporation or any publicly held corporation owning 10% or more of its stock.

    Dated: May 27, 2022

Respectfully submitted,

HALL & EVANS, LLC


By: *s/ Elizabeth K. Olson*_____
Paul T. Yarbrough, #48518
Elizabeth K. Olson, #41620
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Phone Number: (303) 628-3300
Fax Number:    (303) 628-3368
Email: yarbroughp@hallevans.com;
olsone@hallevans.com
*Attorneys for Sacramento Sansome Co. and Lincoln Apartment Management Limited Partnership, improperly named as Lincoln Property Company Commercial, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically via CM/ECF with notifications sent to the following:

Silvern & Bulger, P.C.
Thomas A. Bulger, Esq.
363 South Harlan Street, Suite 205
Lakewood, Colorado 80226
Phone Number: (303) 292-0044
Fax Number: (303) 292-1466
Email: counsel@silvernbulger.com
Attorney for Plaintiff



*/s/ Robin Havens*_____
Robin Havens, Legal Assistant